## M. A. CORNISH, f. w. c., *v.* L. N. SHELTON.

Where the disease of which a slave died manifested itself within three days after the sale, but death
was caused by a relapse not attributable to negligence on the part of the purchaser, *held*, that the
sale should be avoided.

The presumption of the existence of a disease at the time of the sale, from its manifestation within
three days after the day, may be rebutted by evidence.

APPEAL from the Fourth District Court of New Orleans, *Reynolds*, J.
*W. H. Hunt*, for plaintiff. *L. E. Simonds*, for defendant and appellant.

COLE, J. This suit is instituted for the recovery of the price paid for a slave,
on the ground that she was affected with a redhibitory vice, which caused her
death within three days after the sale.

It is proved that plaintiff purchased from defendant the slave *Diana* on a
Saturday; she was taken sick very early on Sunday morning, and died of yel-
low fever within three days after the sale.

The vice having made its appearance within three days after the sale, is pre-
sumed to have existed before. C. C. 2508; *Landry* v. *Peterson*, 4 An. 96.

It is averred by defendant that yellow fever is not a redhibitory vice; that
not only is the disease curable, but that in this case the patient was actually
cured, and through some imprudence or negligence she was taken with a
*relapse*, of which she died.

It appears that her attending physician was employed by defendant, and at
one time he considered her out of danger. A person who has been sick with the
yellow fever is not, however, free from the danger of a *relapse* for a considerable
period after the disease has apparently departed. If this slave committed any
imprudence in leaving her bed too soon, or in eating improper food, it may per-
haps be attributed to the belief of the physician that she was out of danger,
which may have prevented him from warning her sufficiently of the danger of
such imprudence. As this physician was employed by defendant, the latter
cannot take advantage of any want of prudence on his part.

It is established that plaintiff rendered good attention to the deceased, and
that that the decease of *Diana* is not attributable to any negligence on her part.

As this slave died of a *relapse* of the yellow fever, which exhibited itself
within three days of the sale, then her death was produced by the effects of a
disease which the law presumes to have existed before the sale.

We admit that the presumption declared by Article 2508 C. C., to wit: that
the appearance of the vice within three days after the sale is not conclusive,
but may be rebutted by evidence; in this case, however, there is no testimony
to rebut the presumption of law. See *Dugas* v. *Estilletts*, 5 An. 559.

It is, therefore, ordered, adjudged and decreed, that the judgment of the lower
court be affirmed, with costs.